AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| THOR 942 FULTON STREET, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> FUTURE TRANSACTIONS HOLDINGS, LLC, MM ENTERPRISES USA, LLC, and MEDMEN ENTERPRISES INC., <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-05880 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MM Enterprises USA, LLC - 10115 Jefferson Blvd., Culver City, CA 90232
MedMen Enterprises, Inc - 10115 Jefferson Blvd., Culver City, CA 9023
FUTURE TRANSACTIONS HOLDINGS, LLC - Unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

THOR 942 FULTON STREET, LLC, - 25 West 39th Street, 2nd Floor, New York, NY 10018

WACHTEL MISSRY LLP, Joseph Lee Matalon, 1602 Lawrence Avenue, Suite 110, Ocean, New Jersey, 07712 (212)-909-9675

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/12/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*