UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOR 942 FULTON STREET, LLC,                    :
                                                :
                                                :
                        Plaintiff,              :   Case No.: 1:22-cv-05880
                                                :
        -against-                               :
                                                :   **AFFIDAVIT OF SERVICE**
FUTURE TRANSACTIONS HOLDINGS, LLC,              :
MM ENTERPRISES USA, LLC,                        :
and MEDMEN ENTERPRISES INC.,                    :
                                                :
                        Defendants.             :
-------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

        EDNA APONTE-TORRES, being duly sworn, deposes and says:

        1.    I am not a party to this action, am over 18 years of age, and am employed as a legal administrative assistant at the law firm of Wachtel Missry LLP.

        2.    On July 25, 2022, I served the within CIVIL COVER SHEET, CIVIL SUMMONS, RULE 7.1 STATEMENT, and AMENDED COMPLAINT by Certified Mail, addressed as indicated below:

MM Enterprises USA LLC
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

Certified Mail Article No.:
7021 2720 0002 9177 7530

Future Transactions Holdings, LLC
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Certified Mail Article No.:
7021 2720 0002 9177 7547

                                    Edna Aponte-Torres

Sworn to before me this
25th day of July 2022

_____
Notary Public

JASON LOUIS LIBOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LI6319362
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES FEB 17, 2023

{100446-017/00350473-1}