**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOR 942 FULTON STREET, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>FUTURE TRANSACTIONS HOLDINGS, LLC, MM ENTERPRISES USA, LLC, and MEDMEN ENTERPRISES INC.,<br><br>               Defendants. | Case No.: 1:22-CV-5880(JPO)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants Future Transactions Holdings, LLC, MM Enterprises USA, LLC. and MedMen Enterprises, Inc. may move, answer, or otherwise respond to the Complaint is hereby extended up to and including September 16, 2022.

      All Defendants hereby acknowledge due and proper service of the Summons and Complaint and waive any defense that the Summons and Complaint were not properly served upon Defendants. Except as set forth above, no provision of this Stipulation and Order shall be construed as a waiver of, and all parties expressly reserve, any and all claims and defenses.

      There has been no previous request for extension of time in connection with this matter.

Dated: August 15, 2022
WACHTEL MISSRY, LLP

By:_____
 Joseph Lee Matalon
 Jason L. Libou

1602 Lawrence Avenue
Suite 110
Ocean, New Jersey 07712
Tel: (212) 909-9675

jlmatalon@wmllp.com
jlibou@wmllp.com

*Attorneys for Plaintiff Thor 942 Fulton Street, LLC*

GUZOV, LLC

By:_____
 Debra J. Guzov  DG-7125
 Philip M. Smith  PS-8132

437 Madison Avenue, 24th Floor
New York, New York 10022
Tel.: (212) 371-8008

dguzov@guzovllc.com

*Attorneys for Defendants Future Transactions Holdings, LLC, MM Enterprises USA, LLC. and MedMen Enterprises, Inc.*


SO ORDERED

_____
Hon. J. Paul Oetken
United States District Court